```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 43408
   GARY S KLUMAK
   ROSE MARIE KLUMAK                           CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-0715    SSN XXX-XX-6421

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/23/2004 and was confirmed 02/09/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  13.39%.

     The case was dismissed after confirmation 11/05/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
AMERICAN HONDA FINANCE C  SECURED          16804.33         1370.13         3041.77
DELL FINANCIAL            SECURED            500.00             .00           92.25
DELL FINANCIAL            UNSECURED         1150.32             .00             .00
RESURGENT CAPITAL SERVIC  MORTGAGE ARRE     4765.38             .00          995.69
RESURGENT CAPITAL SERVIC  CURRENT MORTG    19507.25             .00        19507.25
HOMEQ SERVICING CORP      NOTICE ONLY     NOT FILED             .00             .00
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE     3394.11             .00          709.16
WELLS FARGO HOME MORTGAG  CURRENT MORTG    74329.87             .00        74329.87
BANK OF AMERICA           UNSECURED       NOT FILED             .00             .00
CAPITAL ONE BANK          UNSECURED       NOT FILED             .00             .00
CAPITAL ONE BANK          UNSECURED       NOT FILED             .00             .00
COLE LUNDQUIST MD         UNSECURED       NOT FILED             .00             .00
PREMIER BANCARD CHARTER   UNSECURED          481.56             .00             .00
FIRST PREMIER BANK        UNSECURED       NOT FILED             .00             .00
GE CARD SERVICES          UNSECURED       NOT FILED             .00             .00
GINNYS                    UNSECURED          484.10             .00             .00
ECAST SETTLEMENT CORP     UNSECURED          564.26             .00             .00
ILLINOIS COLLECTION SERV  UNSECURED       NOT FILED             .00             .00
RESURRECTION AMBULATORY   NOTICE ONLY     NOT FILED             .00             .00
WORLD FINANCIAL NETWORK   UNSECURED          587.37             .00             .00
MARSHALL FIELDS           UNSECURED       NOT FILED             .00             .00
MARSHALL FIELDS           UNSECURED       NOT FILED             .00             .00
MERRICK BANK              UNSECURED       NOT FILED             .00             .00
RESURRECTION MEDICAL CEN  UNSECURED       NOT FILED             .00             .00
TARGET STORES             UNSECURED       NOT FILED             .00             .00
TARGET NATIONAL BANK      UNSECURED         2335.43             .00             .00
WAL MART                  UNSECURED       NOT FILED             .00             .00
WELLS FARGO FINANCIAL IL  UNSECURED         2981.73             .00             .00
MITSUBISHI MOTORS CREDIT  UNSECURED         2406.64             .00             .00
MMCA                      UNSECURED         4235.35             .00             .00
TIMOTHY K LIOU            DEBTOR ATTY          .00                             .00
TOM VAUGHN                TRUSTEE                                          6,291.88

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 43408 GARY S KLUMAK & ROSE MARIE KLUMAK
```

```
DEBTOR REFUND            REFUND                                              .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  106,338.00

PRIORITY                                                 .00
SECURED                                            98,675.99
    INTEREST                                        1,370.13
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                6,291.88
DEBTOR REFUND                                            .00
                         ---------------        ---------------
TOTALS                   106,338.00                106,338.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
   Dated: 02/25/09                    _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE